THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARIAN CORLEY**                                                                                    **PLAINTIFF**

v.                                       Case No. 4:19-cv-00498-KGB

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**       **DEFENDANT**

### ORDER

Before the Court is the parties' joint motion to dismiss (Dkt. No. 10). In the instant motion, the parties state that they have resolved this matter and that it should be dismissed with prejudice. For good cause shown, the Court grants the motion. The action is dismissed with prejudice.

It is so ordered this 7th day of February, 2020.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge